| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.** | 225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007 |
| ATTORNEYS-AT-LAW | TEL: (212) 267-2101 • FAX: (212) 587-8115 |
| | WEBSITE: www.rwapc.com |

June 4, 2015

Richard Howard, Esq.
Law Offices of Meltzer, Lippe
Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
          *VIA PRIORITY MAIL*

> **Re: Tutka et al. vs. Optimum Construction Inc.**
> <u>**Docket No: 15-cv-0604**</u>

Dear Mr. Howard,

It is my inestimable pleasure to serve upon you the following:

1. Alan Asher's Declaration In Opposition to Motion to Dismiss
2. Robert Wisniewski's Declaration in Opposition to Motion to Dismiss
3. Memorandum of Law in Opposition to Motion to Dismiss

As the above documents make clear, Defendants' motion must be denied and could not have possibly been filed in good faith.

If you have any questions please, do not hesitate to contact me. Thank you.

> Sincerely,
> ---------/s/-------------
> Robert Wisniewski