US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: __6/25/15__

TIME SPENT: _____

DOCKET NO. __15 CV 604__

CASE: __Tutka v Optimum__

- [✓] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/STATUS CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED      ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS: By 7/31 parties to exchange mandatory disclosures

Settlement conf. 8/28 at 11:30