US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 5/8/17

TIME SPENT: _____

DOCKET NO. 15 cv 604

CASE: Tutha v Optimum

| | |
|---|---|
| ____ INITIAL CONFERENCE | ____ OTHER/STATUS CONFERENCE |
| ____ DISCOVERY CONFERENCE | ____ FINAL/PRETRIAL CONFERENCE |
| ____ SETTLEMENT CONFERENCE | ____ TELEPHONE CONFERENCE |
| ____ MOTION HEARING | ____ ORAL ARGUMENT |

**MANDATORY DISCLOSURE:**

____ COMPLETED          ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Parties to exchange documents and damage calculation. Settlement with clients 6/23 at 1130