US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: _9/15/17_

TIME SPENT:_____

DOCKET NO. _15 CV 604_____

CASE: _Tutha v Optimum_____

_____ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE        _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE       _____ TELEPHONE CONFERENCE
_____ MOTION HEARING              _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:**   _____

_____

**FOR DEFENDANT:**   _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____          DEF. TO SERVE PL. BY:_____

**RULINGS:**

Def to provide info re
financial situation

Status letter 10/27