| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.**<br>ATTORNEYS-AT-LAW | 225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007<br>TEL: (212) 267-2101 • FAX: (212) 587-8115<br>WEBSITE: www.rwapc.com |

January 12, 2018

Hon. Cheryl L. Pollak, USMJ
United States District Court
 for the Eastern District of New York
500 Pearl Street
New York, NY 10007
  VIA ECF

**Re: Tutka v. Optimum Construction, Inc.**
**Docket No.: 15-cv-604 (DLI) (CLP)**

Dear Judge Pollak,

 I represent Plaintiffs in this action. Pursuant to Your Honor's December 27, 2017 Order, counsel for both sides jointly and respectfully submit the following Status Report.

 As Your Honor may recall, the parties appeared before Your Honor at a settlement conference on September 15, 2017, after which the case remained unresolved. Your Honor directed Defendants to provide information regarding their financial situation. Plaintiffs' acted with due dispatch and served Individual Defendant and his wife, Susanna Benardis with Affidavits of Income and Net Worth.

 As of today, Defendant and Mrs. Benardis have not returned the completed affidavits or given any indication of when the affidavits would be produced.

 Thank you for your attention to the foregoing.

              Respectfully submitted,
              ------------/s/-------------
              Robert Wisniewski

cc:
  Richard M. Howard, Esq.
  Counsel for Defendants