US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 2/27/18

TIME SPENT:_____

DOCKET NO. 15 CV 604

CASE: Tutka v Optimum

\_\_\_\_ INITIAL CONFERENCE            \_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_ DISCOVERY CONFERENCE          \_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_ SETTLEMENT CONFERENCE         \_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_ MOTION HEARING                \_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_ COMPLETED                _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_ DISCOVERY TO BE COMPLETED BY_____

\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR_____

\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

RULINGS: Pl. to submit status report by 3/7