| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.**<br>ATTORNEYS-AT-LAW | 225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007<br>TEL: (212) 267-2101 • FAX: (212) 587-8115<br>WEBSITE: www.rwapc.com |

March 7, 2018

Hon. Cheryl L. Pollak, USMJ
United States District Court
 for the Eastern District of New York
500 Pearl Street
New York, NY 10007
     VIA ECF

**Re: Tutka v. Optimum Construction, Inc.**
**Docket No.: 15-cv-00604 (DLI) (CLP)**

Dear Judge Pollak,

     I represent Plaintiffs in this action. Pursuant to Your Honor's February 28, 2018 Order, Plaintiffs respectfully submit the following Status Report.

     First and foremost, I profusely apologize for missing the latest teleconference for reasons too embarrassing to state - I overslept. However, I bring good tidings to the Court. My clients have decided to dismiss the case in light of defendants' financial situation. The parties will file a stipulation of dismissal in due course.

     Thank you for your attention to the foregoing.

                                                                       Respectfully submitted,
                                                                       ------------/s/-------------
                                                                       Robert Wisniewski

cc:
     Richard M. Howard, Esq.
     Counsel for Defendants