ROBERT WISNIEWSKI P.C.
Attorneys for Plaintiffs
225 Broadway, Suite 1020
New York, NY 10007
(212) 267-2101

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
GRZEGORZ TUTKA and EDWARD POLTORAK,
on behalf of themselves and all others similarly
situated,

                                      Docket No: 15-cv-00604
                                      (DLI) (CLP)

                Plaintiffs,

-against-

OPTIMUM CONSTRUCTION, INC., and
EFSTRATIOS BENARDIS, individually,

                Defendants.
-------------------------------------------------------------------X

<b><u>STIPULATION OF DISMISSAL WITH PREJUDICE</u></b>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their undersigned counsel, that based on the Defendants' financial straits, the above action is hereby dismissed with prejudice.

Dated: New York, New York
         March 19, 2018

ROBERT WISNIEWSKI P.C.                        MELTZER LIPPE GOLDSTEIN
                                                                   & BREITSTONE, LLP

By: _____                         By: _____
    Robert Wisniewski, Esq.                                 Richard M. Howard, Esq.
    225 Broadway, Suite 1020                           190 Willis Avenue
    New York, New York 10007                        Mineola, New York 11501
    *Attorney for Plaintiffs*                                    *Attorney for Defendants*

SO ORDERED,

_____
Hon. Cheryl L. Pollak, U.S.M.J.